Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (702) 382-0200
Fax (702) 382-0212

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY KNIGHT, an individual and TIMOTHY LUPTON, an individual, | Case No.: 2:14-cv-1256 |
| Plaintiffs, | **COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| NICK ROCK, an individual, | |
| Defendant. | |

Plaintiffs, Kimberly Knight and Timothy Lupton (the "Plaintiffs") allege as follows:

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. 1338(a) and (b) (original jurisdiction for copyright matters) as it is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*.

2. Upon information and belief, this Court has personal jurisdiction over Matthew Rock because said Defendant purposefully directed activities to this Judicial District by (i) willfully infringing the copyright of a resident of this Judicial District and (ii) distributing and/or making available Plaintiffs' copyrighted works to residents of this Judicial District.

3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

**PARTIES**

4. Plaintiff Kimberly Knight is an individual residing in Clark County, Nevada.

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

5. Plaintiff Timothy Lupton is an individual who formerly resided in Clark County, Nevada.

6. Upon information and belief, Defendant Nick Rock ("Defendant" or "Rock") is an individual residing in California.

## NATURE OF THE CASE

7. This action arises out of Rock's unauthorized copying, reproduction and distribution of Plaintiffs' copyrighted videos. Plaintiffs' action is for direct and contributory copyright infringement. Plaintiffs are seeking actual damages, an award of attorneys' fees and costs, and preliminary and permanent injunctive relief.

## ALLEGATIONS COMMON TO ALL CLAIMS

8. Plaintiffs are professional directors and videographers in the adult entertainment industry and the authors of numerous niche fetish videos with surprising popularity.

9. Plaintiffs' videos were created by them as freelance videographers and therefore they are not only the creator of such videos, but also are the owner of all right, title, and interest in the worldwide copyright to such videos. The videos which are the subject of this litigation have been registered with the U.S. Copyright Office and are subject to the following U.S. copyright registrations (hereinafter the "Registered Videos"):

| **Registration No.** | **Video** |
|---|---|
| PA0001793518 | addisonbimboHC_w.wmv |
| PA0001790407 | cambry-bugbimboBE_w.mp4 |
| PA0001786105 | alison-strokerBE_w.mp4 |
| PA0001786105 | bridgetASSBE_w.wmv |
| PA0001783469 | daphneplaidBE_w.wmv |
| PA0001785019 | holly-bigboobniteBE_w.mp4 |
| PA0001783633 | honey-divaringBE_w.mp4 |
| PA0001786239 | joselynpinkBE_w.wmv |
| PA0001793518 | All She Has Ever Wanted.mp4 |

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-07-31-Complaint-Rock.docx   2

| | | |
|---|---|---|
| 1  | PA0001787866 | Anna's Busting Expansion.wmv |
| 2  | PA0001786105 | Basement Bimbo.mp4 |
| 3  | PA0001783468 | Bella Likes Breast Expansion.wmv |
| 4  | PA0001786132 | BIG and Heading to The Boardwalk.wmv |
| 5  | PA0001787580 | Big Boob Baby Shower.wmv |
| 6  | PA0001774679 | Big Boobie Night Nyomi Bank.wmv |
| 7  | PA0001786239 | Big Boobie Night Sara Jay.avi |
| 8  | PA0001787580 | Blond Brunettes - Sheila.wmv |
| 9  | PA0001787580 | Blond Brunettes - Zoey.wmv |
| 10 | PA0001779018 | Bustin Loose.wmv |
| 11 | PA0001786239 | Cherry Poppins.wmv |
| 12 | PA0001785982 | Coveting Inflatables.wmv |
| 13 | PA0001786105 | Crystal Ashley's Overeating WG BE.wmv |
| 14 | PA0001786105 | Crystal White's New Years BE.wmv |
| 15 | PA0001783438 | Daphne is Loving Expansion.wmv |
| 16 | PA0001783566 | Daphne Rosen, Mind Control & Boobs E |
| 17 | PA0001779011 | Double BE Spells.wmv |
| 18 | PA0001785889 | Dream Big 2.wmv |
| 19 | PA0001779012 | Even Young Girls Get The Boobs.wmv |
| 20 | PA0001779012 | Faucet Addict.wmv |
| 21 | PA0001786132 | harleyBE_w.wmv |
| 22 | PA0001786132 | Holly Anna's Playtime Thrills.wmv |
| 23 | PA0001779014 | Holly's Breast & Belly Inflation.wmv |
| 24 | PA0001785898 | Hooters Daydream.wmv |
| 25 | PA0001779013 | I think I'm Allergic To That Soap.wmv |
| 26 | PA0001785962 | I'll Have What She Was Having.wmv |
| 27 | PA0001785960 | Jenna Sees The Light.wmv |
| 28 | | |

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-07-31-Complaint-Rock.docx          3

| | | |
|---|---|---|
| 1 | PAu003686452 | Jessie's Expansive Journey.mp4 |
| 2 | PA0001786239 | Lilith BE Terror.wmv |
| 3 | PA0001786239 | Luscious Cherry.wmv |
| 4 | PA0001786239 | Mondo Hypno Breast Expansion.wmv |
| 5 | PA0001783633 | Office Tension.wmv |
| 6 | PA0001786239 | rubyBE_w.wmv |
| 7 | PA0001787580 | Star's Growth Envy Part 2.wmv |
| 8 | PA0001785889 | The Good The Bad & The Busty.wmv |
| 9 | PA0001785019 | The Realities Of Breast Expansion.wmv |
| 10 | PA0001785856 | The Very Special Present.wmv |
| 11 | PA0001787580 | Tiffany Mynx Balloon Burst BE.wmv |
| 12 | PA0001786132 | Tory Lane Breast Expansion.wmv |
| 13 | PA0001786239 | Veronica Rayne's Breast Expansion Desires.wmv |
| 14 | PA0001787580 | Veronica's New Figure.wmv |
| 15 | PA0001785960 | Jenna's Amazing Ass Expansion.wmv |
| 16 | PA0001785960 | Jenna's Belly Inflation.wmv |
| 17 | PA0001803590 | Sybil's Big Belly Revenge.mp4 |
| 18 | PA0001786105 | Basement Bimbo.mp4 |
| 19 | PA0001783566 | Daphne Rosen, Mind Control & BoobsExpanding.wmv |

10. Upon information and belief, Rock, copied, without permission Plaintiffs' Registered Videos.

11. Upon information and belief, Rock copied Plaintiffs' Registered Videos with the intent of distributing the videos over the internet.

12. Upon information and belief, Rock distributed Plaintiff's Registered Videos using multiple services including the GigaTribe network.

13. Upon information and belief, GigaTribe is peer to peer software where users distribute content on their computers to others.

14.     Upon information and belief, Rock promoted his infringing distribution by posting on various websites including *www.gigatribe.com.*

### FIRST CLAIM FOR RELIEF

(*Copyright Infringement*)

15.     Plaintiffs repeat and re-allege each and every allegation set forth in this complaint as if set forth here in full.

16.     Rock has infringed Plaintiffs' copyrights in the Registered Videos by reproducing, copying, distributing and/or facilitating the public display of the Registered Videos without authorization in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17.     Plaintiffs have not granted to Rock any license or consent to copy, distribute, display for others, or otherwise exploit the intellectual property protected under Plaintiffs' copyrights in Plaintiffs' Registered Videos.

18.     Each infringement by Rock in and to Plaintiffs' Registered Videos constitutes a separate and direct act of infringement.

19.     Rock's acts of infringement have been knowing and willful, in disregard of, and with indifference to Plaintiffs' copyright rights in the Registered Videos.

20.     As a direct and proximate result of Rock's infringing conduct, Plaintiffs have sustained and will continue to sustain actual damages. Plaintiffs are entitled to damages pursuant to 17 U.S.C. § 504(b) for all direct infringements.

21.     Plaintiffs are additionally entitled to their costs pursuant to 17 U.S.C. § 505.

22.     Plaintiffs are additionally entitled to an award of attorneys' fees for any infringements by Rock occurring on or after the effective date of registration of the Registered Videos pursuant to 17 U.S.C. § 505.

23.     As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and, unless the relief sought herein is provided, will continue to sustain substantial, immediate, and irreparable injury, for which Plaintiffs have no adequate remedy at law, and unless enjoined and restrained by this Court, Rock will continue to infringe Plaintiffs'

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-07-31-Complaint-Rock.docx      5

copyrights in the Registered Videos. Plaintiffs are entitled to preliminary and permanent injunctive relief, pursuant to 17 U.S.C. § 502.

## SECOND CLAIM FOR RELIEF

(*Contributory Copyright Infringement*)

24. Plaintiffs repeat and re-allege each and every allegation set forth in this complaint as if set forth here in full.

25. Upon information and belief, Rock made available Plaintiffs' Registered Videos for copying and distribution through use of peer to peer software.

26. Upon information and belief, Rock knew that making available Plaintiffs' Registered Videos on peer to peer software would induce, cause, or materially contribute to the copyright infringement of Plaintiffs' Registered Videos.

27. Upon information and belief, Rock is liable for contributory copyright infringement as he knowingly induced, caused, or materially contributed to the infringing conduct of others.

28. By enabling, causing, facilitating, materially contributing to and encouraging the unauthorized distribution, public performance and public display of unauthorized copies of Plaintiffs' Registered Videos in the manner described above, with full knowledge of the illegality of such conduct, Rock has and continues to contribute to and induce widespread infringement of Plaintiffs' Registered Videos in violation of 17 U.S.C. § 501.

29. Upon information and belief, videos originating from Rock have widely propagated throughout the internet. Each infringing copy or other distribution of a video originating from Rock constitutes a separate contributory act of infringement.

30. Rock's contributory acts of infringement have been at all relevant times knowing and willful, in disregard of and with indifference to Plaintiff's copyright rights in the Registered Videos.

31. As a direct and proximate result of Rock's contributory infringing conduct, Plaintiffs have sustained and will continue to sustain actual damages for the ongoing distribution and copying of Plaintiffs' Copyright Videos originating from Rock. Plaintiffs are entitled to

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

1  damages pursuant to 17 U.S.C. § 504(b) for all contributory infringements.

2      32.    Plaintiffs are additionally entitled to their costs pursuant to 17 U.S.C. § 505.

3      33.    Plaintiffs are additionally entitled to an award of attorneys' fees for any infringements contributed to by Rock occurring on or after the effective date of registration of the Registered Videos pursuant to 17 U.S.C. § 505.

    34.    As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and, unless the relief sought herein is provided, will continue to sustain substantial, immediate, and irreparable injury, for which Plaintiffs have no adequate remedy at law, and unless enjoined and restrained by this Court, Rock will continue to infringe Plaintiffs' copyrights in the Registered Videos.  Plaintiffs are entitled to preliminary and permanent injunctive relief, pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Rock as follows:

a) That Rock be ordered pay to Plaintiffs actual damages arising from Rock's actions complained of herein and all of Rock's gains, profits, savings, and advantages realized by Rock;

b) For a preliminary and a permanent injunction enjoining Rock and any respective agents, servants, employees, officers, members, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from: (i) directly or indirectly reproducing, copying, adapting, displaying, selling, using or otherwise infringing in any manner any of the Registered Videos and (ii) causing, facilitating or participating in the infringement of any of the Registered Videos;

c) For any and all further injunctive relief that this Court may deem just and proper under the circumstances of this case;

d) For an award of Plaintiffs' costs in litigating this matter, including, where applicable, an award of a reasonable attorney's fees, pursuant to 17 U.S.C. § 505;

e) For interest at the maximum rate allowed by law; and

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-07-31-Complaint-Rock.docx         7

f) For all other relief to which Plaintiffs are entitled and such other and further relief as this Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury on all issues raised in Plaintiff's Complaint which are triable by a jury.

DATED this 31st day of July, 2014.

Respectfully Submitted,

**BORGHESE LEGAL, LTD.**

Mark Borghese, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorneys for Plaintiffs

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-07-31-Complaint-Rock.docx    8