UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY KNIGHT, an individual and TIMOTHY LUPTON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NICK ROCK, an individual,<br><br>Defendant. | Case No.: 2:14-cv-01256-APG-CWH<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST NICK ROCK** |

This matter comes before the Court on the Plaintiffs' motion for default judgment and permanent injunction against Defendant Nick Rock. Considering all of the papers and pleadings on file, and for good cause appearing, the Court finds and concludes as follows:

1. On August 6, 2014, plaintiffs Kimberly Knight and Timothy Lupton ("Plaintiffs") filed their Amended Complaint against Nick Rock ("Defendant") (Dkt. No. 6) for copyright infringement resulting from the illegal copying and distribution of the fifty-five (55) works identified in Paragraph 9 of the Amended Compliant and set out below (collectively, "Registered Videos"):

| **Registration No.** | **Video** |
|---|---|
| PA0001793518 | addisonbimboHC_w.wmv |
| PA0001790407 | cambry-bugbimboBE_w.mp4 |
| PA0001786105 | alison-strokerBE_w.mp4 |
| PA0001786105 | bridgetASSBE_w.wmv |
| PA0001783469 | daphneplaidBE_w.wmv |

| | | |
|---|---|---|
| 1 | PA0001785019 | holly-bigboobniteBE_w.mp4 |
| 2 | PA0001783633 | honey-divaringBE_w.mp4 |
| 3 | PA0001786239 | joselynpinkBE_w.wmv |
| 4 | PA0001793518 | All She Has Ever Wanted.mp4 |
| 5 | PA0001787866 | Anna's Busting Expansion.wmv |
| 6 | PA0001786105 | Basement Bimbo.mp4 |
| 7 | PA0001783468 | Bella Likes Breast Expansion.wmv |
| 8 | PA0001786132 | BIG and Heading to The Boardwalk.wmv |
| 9 | PA0001787580 | Big Boob Baby Shower.wmv |
| 10 | PA0001774679 | Big Boobie Night Nyomi Bank.wmv |
| 11 | PA0001786239 | Big Boobie Night Sara Jay.avi |
| 12 | PA0001787580 | Blond Brunettes - Sheila.wmv |
| 13 | PA0001787580 | Blond Brunettes - Zoey.wmv |
| 14 | PA0001779018 | Bustin Loose.wmv |
| 15 | PA0001786239 | Cherry Poppins.wmv |
| 16 | PA0001785982 | Coveting Inflatables.wmv |
| 17 | PA0001786105 | Crystal Ashley's Overeating WG BE.wmv |
| 18 | PA0001786105 | Crystal White's New Years BE.wmv |
| 19 | PA0001783438 | Daphne is Loving Expansion.wmv |
| 20 | PA0001783566 | Daphne Rosen, Mind Control & Boobs E |
| 21 | PA0001779011 | Double BE Spells.wmv |
| 22 | PA0001785889 | Dream Big 2.wmv |
| 23 | PA0001779012 | Even Young Girls Get The Boobs.wmv |
| 24 | PA0001779012 | Faucet Addict.wmv |
| 25 | PA0001786132 | harleyBE_w.wmv |
| 26 | PA0001786132 | Holly Anna's Playtime Thrills.wmv |
| 27 | PA0001779014 | Holly's Breast & Belly Inflation.wmv |
| 28 | | |

| # | Registration | Title |
|---|---|---|
| 1 | PA0001785898 | Hooters Daydream.wmv |
| 2 | PA0001779013 | I think I'm Allergic To That Soap.wmv |
| 3 | PA0001785962 | I'll Have What She Was Having.wmv |
| 4 | PA0001785960 | Jenna Sees The Light.wmv |
| 5 | PAu003686452 | Jessie's Expansive Journey.mp4 |
| 6 | PA0001786239 | Lilith BE Terror.wmv |
| 7 | PA0001786239 | Luscious Cherry.wmv |
| 8 | PA0001786239 | Mondo Hypno Breast Expansion.wmv |
| 9 | PA0001783633 | Office Tension.wmv |
| 10 | PA0001786239 | rubyBE_w.wmv |
| 11 | PA0001787580 | Star's Growth Envy Part 2.wmv |
| 12 | PA0001785889 | The Good The Bad & The Busty.wmv |
| 13 | PA0001785019 | The Realities Of Breast Expansion.wmv |
| 14 | PA0001785856 | The Very Special Present.wmv |
| 15 | PA0001787580 | Tiffany Mynx Balloon Burst BE.wmv |
| 16 | PA0001786132 | Tory Lane Breast Expansion.wmv |
| 17 | PA0001786239 | Veronica Rayne's Breast Expansion Desires.wmv |
| 18 | PA0001787580 | Veronica's New Figure.wmv |
| 19 | PA0001785960 | Jenna's Amazing Ass Expansion.wmv |
| 20 | PA0001785960 | Jenna's Belly Inflation.wmv |
| 21 | PA0001803590 | Sybil's Big Belly Revenge.mp4 |
| 22 | PA0001786105 | Basement Bimbo.mp4 |
| 23 | PA0001783566 | Daphne Rosen, Mind Control & BoobsExpanding.wmv |

2. Service of the Summons and Amended Complaint were effected on Defendant on August 17, 2014 (Dkt. No. 7). Proof of service was filed with the Court on September 17, 2014

(Id.). Plaintiffs filed a motion for entry of default on September 22, 2014 (Dkt. No. 8). Thereafter the Clerk of Court entered a default against Defendant on September 23, 2014 (Dkt. No. 9).

3. This Court has jurisdiction over the parties and venue is proper.

4. To prevail on a copyright infringement claim, a plaintiff must establish (1) ownership of a valid copyright and (2) copying of constituent elements of the work that are original. Feist Publications, Inc. v. Rural Tel. Serv. Co., 499 US 340 (1991).

5. Once a default is entered against a party, all allegations other than damages are presumed to be true. Geddes v. United Financial Group, 559 F.2d 557, 560 (9th Cir. 1977). Plaintiffs' Amended Complaint, the allegations of which must be taken as true, establishes both of these elements.

6. Plaintiffs have valid and enforceable rights in the Registered Videos, which have been registered with the United States Copyright Office.

7. Defendant infringed Plaintiffs' Registered Videos by copying and distributing the Registered Videos. Defendant's conduct was in disregard of, and with indifference to, Plaintiffs' rights in the Registered Videos. Defendant committed copyright infringement with the clear intent of distributing Plaintiffs' registered videos and economically harming Plaintiffs.

8. Defendant's conduct was willful in that it caused a deliberate and intentional injury to Plaintiffs. In addition, Defendant's conduct was malicious as it was a wrongful act, done intentionally, which necessarily caused injury, and was done without just cause or excuse.

9. 17 U.S.C. § 502(a) authorizes an injunction to "prevent or restrain infringement of a copyright." Defendant by default has admitted to the willful conduct in this case, has been found liable for infringement in the instant action, and likely possess the means to continue infringement in the future, meeting the Court's requirements for issuing such an injunction.

10. 17 U.S.C. § 503(b) authorizes the "destruction or other reasonable disposition" of all copies made or used in violation of the copyright owner's exclusive rights.

11. In copyright infringement cases a plaintiff may elect either actual or statutory damages. 17 U.S.C. § 504(a). "[S]tatutory damages are recoverable without regard to the

existence or provability of actual damages." New Form, Inc. v. Tekila Films, Inc., 357 Fed. Appx. 10, 11 (9th Cir. 2009), cert. den. 130 S. Ct. 2405 (2010); Columbia Pictures Television, Inc. v. Krypton Broad of Birmingham, Inc., 259 F.3d 1186, 1194 (9th Cir. 2001). The Copyright Act provides for statutory damages in a sum of not less than $750 or more than $30,000 per work infringed, but provides for increase of the award to $150,000 in cases of willful infringement. The admitted facts of this case dictate that Defendant willfully infringed Plaintiffs' registered copyrights, warranting at least the minimum $750 for each of the fifty-five (55) Registered Videos infringed for a total award of statutory damages of $41,250.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

Plaintiffs' Motion for Default Judgment and Permanent Injunction is GRANTED and judgment is awarded in favor of PLAINTIFFS and against Defendant as follows:

A. Plaintiffs are awarded statutory damages in the amount of $41,250.

B. Defendant is PERMANENTLY ENJOINED from directly, indirectly or contributorily infringing Plaintiffs' rights in the Registered Videos, including without limitation by using the Internet to reproduce or copy Plaintiffs' Registered Videos, to distribute Plaintiffs' Registered Videos, or to make Plaintiffs' Registered Videos available for distribution to the public, except pursuant to lawful written license or with the express authority of Plaintiffs.

C. To the extent that any such material exists, Defendant is directed to destroy all unauthorized copies of Plaintiffs' Registered Videos in his possession or subject to his control.

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/26/15